Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

KHAMPHASIENE CHANTHAVIRAVONG,  )
  )  1:05-CV-1094 AWI LJO
  Plaintiff,  )
  )  STIPULATION AND ORDER TO DISMISS
vs.  )
  )
JO ANNE B. BARNHART,  )
Commissioner of Social Security,  )
  )
  Defendant.  )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 21, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: October 27, 2006        /s/ Gina Fazio

                               GINA FAZIO, ESQ.
                               Attorney for Plaintiff

Dated: October 31, 2006
                               MCGREGOR SCOTT
                               United States Attorney

                               By: /s/ Kristi C. Kapetan
                               (as authorized via facsimile)
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney

1 **ORDER**

2 IT IS SO ORDERED.

3 **Dated:   November 17, 2006**               **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE

2